# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: LUKE BURROUGH f/d/b/a FIRST HOME LENDING and DEANNA BURROUGH, | Case No. 09-7233 <br><br> Chapter 13 |
| Debtor(s). _____/ | |

## VySTAR CREDIT UNION'S NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, Creditor, VyStar Credit Union and files this Notice of Substitution of Counsel and provides notice that it has terminated the services of Williams, Gautier, Gwynn, DeLoach and Sorenson, P.A., P.O. Box 4128, Tallahassee, FL 32315, Service email: bk@wggdlaw.com, Voice: 850-386-3300 and that the following attorney should be substituted as counsel of record for Creditor to receive a copy of all notices, pleadings and other papers to which Creditor may be entitled from the date this Notice is filed, forward:

Chad D. Heckman, Esq.
Florida Bar No. 0526029
Thrasher and Heckman, P.A.
908 North Gadsden Street
Tallahassee, FL 32303
Service email: bk@thrasherandheckman.com
Voice: (850) 224-8685
Email: chad@thrasherandheckman.com
Web: www.thrasherandheckman.com

    Respectfully submitted,

    Thrasher and Heckman, P.A.

    /s/ Chad D. Heckman
    Chad D. Heckman, Esq.
    Florida Bar No. 0526029
    908 North Gadsden Street
    Tallahassee, FL 32303
    Voice: (850) 224-8685
    Email: chad@thrasherandheckman.com
    Web: www.thrasherandheckman.com

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Notice of Substitution of Counsel was served by U.S. Mail or electronic means on the date reflected as the date this pleading was electronically filed upon: James E. Sorenson, Esq., Williams, Gautier, Gwynn, DeLoach and Sorenson, P.A., P.O. Box 4128, Tallahassee, FL 32315 (usual place of business) Former Attorney for Creditor, Doug Neway, Esq., P.O. Box 4308, Jacksonville, FL 32201, Trustee, (usual place of business), Trustee, Chris DeMetros, Esq., P.O. Box 10399, Jacksonville, FL 32247 (usual place of business), Attorney for Debtor(s) and Luke and Deanna Burrough, 4605 Confederate Oaks Dr., Jacksonville, FL 32210, Debtors, (usual place of abode).

                                                /s/ Chad D. Heckman
                                                Attorney